*E-Filed 12/2/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID AGHIGHI,

        Plaintiff,

  v.

BAXTER HEALTHCARE CORP., and
DOES 1 to 10, inclusive

        Defendant.
_____/

No. C 11-3799 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 1, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1. ALTERNATIVE DISPUTE RESOLUTION.

      MEDIATION. This matter is referred to mediation to be completed within 120 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the conference.

      2. DISCOVERY.

On or before June 29, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.  EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before July 20, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before August 10, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before August 31, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.  FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **July 12, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.  PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than November 29, 2012.

6.  PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 3, 2013 counsel shall file a Joint Pretrial Statement.

7.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January 17, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE. Trial shall commence on **January 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 12/2/11

_____
RICHARD SEEBORG
United States District Judge

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER