KATHLEEN A. McCORMAC (#159012)
M. HIEU TRAN (#280585)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
DAVID AGHIGHI


TIMOTHY L. HIX (#184372)
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, CA 90067-3021
Tel: (310) 277-7200
Fax: (310) 201-5219

ANDREW M. McNAUGHT (#209093)
SEYFARTH SHAW LLP
560 Mission Street, 31st Fl.
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Attorneys for Defendants
BAXTER HEALTHCARE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AGHIGHI,<br><br>    Plaintiff,<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION,<br>and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. CV11-03799 RS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Stipulation of Dismissal

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice. Each party will bear its own attorneys' fees and costs of suit.

Dated: April 26, 2012　　　　　　　　　　　　McCORMAC & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. McCORMAC
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: April 26, 2012　　　　　　　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW M. McNAUGHT
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: __4/26/12__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Stipulation of Dismissal

14408491v.1