1  KATHLEEN A. McCORMAC (#159012)
   M. HIEU TRAN (#280585)
2  McCORMAC & ASSOCIATES
   655 Montgomery Street, Suite 1200
3  San Francisco, CA 94111
   Tel:  (415) 399-1722
4  Fax: (415) 399-1733

5
   Attorneys for Plaintiff
6  DAVID AGHIGHI

7
   TIMOTHY L. HIX (#184372)
8  SEYFARTH SHAW LLP
   2029 Century Park East, Ste. 3500
9  Los Angeles, CA 90067-3021
   Tel: (310) 277-7200
10 Fax: (310) 201-5219

11
   ANDREW M. McNAUGHT (#209093)
12 SEYFARTH SHAW LLP
   560 Mission Street, 31ˢᵗ Fl.
13 San Francisco, CA 94105
   Tel: (415) 397-2823
14 Fax: (415) 397-8549

15
16 Attorneys for Defendants
   BAXTER HEALTHCARE CORPORATION
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21

22 DAVID AGHIGHI,                          )    Case No. CV11-03799 RS
                                           )
23                   Plaintiff,            )
                                           )    **STIPULATION FOR DISMISSAL**
24            vs.                          )    **WITH PREJUDICE AND**
                                           )    ~~[PROPOSED]~~ **ORDER**
25 BAXTER HEALTHCARE CORPORATION,          )
   and DOES 1 to 10, inclusive,            )
26                                         )
                     Defendants.           )
27                                         )
                                           )
28 _____

   Stipulation of Dismissal

1    IT IS HEREBY STIPULATED, by and between the parties to this action through their

2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

3  Each party will bear its own attorneys' fees and costs of suit.

4

5  Dated: April 26, 2012                                    McCORMAC & ASSOCIATES

6

7                                                                    /s/

8                                                    KATHLEEN A. McCORMAC
                                                     Attorneys for Plaintiff

9

10

11

12  Dated: April 26, 2012                                    SEYFARTH SHAW LLP

13                                                                  /s/

14                                                   ANDREW M. McNAUGHT
                                                     Attorneys for Defendant

15

16

17

18                                        **ORDER**

19          IT IS SO ORDERED.

20

21

22  DATED:   4/26/12

23                                                   United States District Court Judge

24

25

26

27

28

Stipulation of Dismissal

14408491v.1